UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                            Case No.:13-BK-04030-CCJ

Julie Baker Zalloum
217 River Village Drive
Debary, FL 32713

        Debtor.
_____/

## ORDER DENYING JULIE BAKER ZALLOUM'S EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY

This cause came on for consideration on May 21, 2013 on the Emergency Motion to Enforce Automatic Stay (Document No. 13) and Motion for Sanctions for Violation of the Automatic Stay (Document No. 14) both filed by Julie Baker Zalloum. The Court having considered the pleadings, it is

ORDERED:

1. The Emergency Motion to Enforce Automatic Stay is denied.

2. The Motion for Sanctions for Violation of the Automatic Stay is denied.

DONE and ORDERED in Orlando, Florida, this 28th day of June, 2013

                                                    CYNTHIA C. JACKSON
                                                    United States Bankruptcy Judge

Erin A. Zebell, Esquire is directed to serve a copy of this order on interested parties
and file a proof of service within 3 days of entry of the order.